United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA TACUMA WADE MOYE,<br><br>    Plaintiff,<br><br>  v.<br><br>RATANA JIRAITTEWANNA,<br><br>    Defendant.<br>_____/ | No. C-09-03895 EDL<br><br>**ORDER OF REFERRAL** |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable William H. Alsup for the purpose of considering whether it is related to the following case: *Malinka Tacuma Wade Moye v. City & County of San Francisco*, C-09-3892 WHA.

**IT IS SO ORDERED.**

Dated: September 25, 2009

                                                  ELIZABETH D. LAPORTE<br>                                                  United States Magistrate Judge