IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MALINKA TACUMA WADE MOYE, | No. C 09-03892 WHA<br>No. C-09-03895 WHA<br>No. C-09-03896 WHA<br>No. C-09-03897 WHA<br>No. C-09-03899 WHA<br>No. C-09-03900 WHA<br>No. C-09-03902 WHA |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.* | **JUDGMENT** |
| Defendants. | |

For the reasons stated in the accompanying order dismissing the above-captioned actions, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILES**.

**IT IS SO ORDERED.**

Dated: October 29, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE