**United States District Court**
For the Northern District of California

1

2

3

4                           IN THE UNITED STATES DISTRICT COURT

5                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7                                                          No. C 09-03892 WHA
                                                           No. C-09-03895 WHA
8                                                          No. C-09-03896 WHA
     MALINKA TACUMA WADE MOYE,                             No. C-09-03897 WHA
9                                                          No. C-09-03899 WHA
                 Plaintiff,                                No. C-09-03900 WHA
10                                                         No. C-09-03902 WHA
          v.
11
     CITY AND COUNTY OF SAN FRANCISCO,
12   *et al.*                                              **JUDGMENT**

13               Defendants.
                                                     /
14

15

16          For the reasons stated in the accompanying order dismissing the above-captioned

17   actions, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.

18   The Clerk **SHALL CLOSE THE FILES**.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  October 29, 2009.

                                                  WILLIAM ALSUP
23                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28