IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

RATANA JIRAITTEWANNA,

    Defendant.

No. C 09-03895 WHA

**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Malinka Tacuma Wade Moye, acting *pro se*, filed this lawsuit on August 25, 2009. His complaint was dismissed with prejudice on November 16, 2009, and judgment was entered in the case. On January 11, 2010, plaintiff filed a notice of appeal. Plaintiff also filed an application to proceed with the appeal in forma pauperis. Good cause appearing for the application, plaintiff's application to proceed in forma pauperis is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 20, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE